ELLEN CURRIE, surviving executrix, appellant,

*v.*

THE LEHIGH VALLEY TERMINAL RAILWAY COMPANY,
respondent.

On appeal from a decree advised by Vice-Chancellor Pitney,
whose opinion is reported in *Lehigh Valley Terminal Railway
Co.* v. *Currie, 9 Dick. Ch. Rep. 84.*

*Mr. William D. Edwards,* for the appellant.

*Mr. Charles L. Corbin,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance* — THE CHIEF-JUSTICE, DEPUE, DIXON,
GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, MAGIE, VAN
SYCKEL, BARKALOW, BOGERT, NIXON—12.

*For reversal*—None.